UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Court File No. 4:80-cv-469 (PAM/KMM) |
| Plaintiff, | |
| and | |
| State of Minnesota, by its Attorney General Hubert H. Humphrey, III, its Department of Health, and its Pollution Control Agency, | |
| Plaintiff- Intervenor, | **CERCLA SECTION 113(i) INTERVENORS DAIKIN APPLIED AMERICAS INC. AND SUPER RADIATOR COILS LP'S JOINT MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF OPPOSING ENTRY OF THE AMENDED CONSENT DECREE** |
| v. | |
| Reilly Tar & Chemical Corporation; Housing and Redevelopment Authority of St. Louis Park; Oak Park Village Associates; Rustic Oaks Condominium Inc.; and Phillip's Investment Co., | |
| Defendants, | |
| and | |
| City of St. Louis Park, | |
| Plaintiff-Intervenor | |
| v. | |
| Reilly Tar & Chemical Corporation, | |
| Defendant, | |
| and | |
| City of Hopkins, | |
| Plaintiff-Intervenor, | |

|                                      | )   |
| ------------------------------------ | --- |
| v.                                   | )   |
|                                      | )   |
| Reilly Tar & Chemical Corporation,   | )   |
|                                      | )   |
| Defendant,                           | )   |
|                                      | )   |
| and                                  | )   |
|                                      | )   |
| Daikin Applied Americas, Inc. and    | )   |
| Super Radiator Coils LP,             | )   |
|                                      | )   |
| Prospective-Limited Intervenors.     | )   |
|                                      | )   |

_____

Limited Intervenors Daikin Applied Americas, Inc. and Super Radiator Coils LP, by and through their respective undersigned counsel, hereby move the Court pursuant to Section 113(i) (42 U.S.C. § 9613(i)) of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, 42 U.S.C. §§ 9601-9675 ("CERCLA") and Rule 24 of the Federal Rules of Civil Procedure, for an Order allowing them to intervene in this matter for the limited purpose of opposing entry of the Amended Consent Decree [Doc. No. 37]. This Motion is based upon Daikin Applied Americas, Inc. and Super Radiator Coils LP's Joint Memorandum of Law, Declaration of Melinda W. Hahn, PHD, Declaration of Aaron L. Benker, and all the files, records and proceedings herein, and such evidence and argument as may be presented to the Court prior to the decision on this Motion.

Respectfully submitted,

Dated: June 2, 2020

**ATTORNEYS FOR LIMITED INTERVENOR DAIKIN APPLIED AMERICAS, INC.**

*s/M. Annie Santos*
M. Annie Santos, Reg. No. 0389206
Hinshaw & Culbertson LLP
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
Telephone: 612-333-3434
Fax: 612-334-8888
asantos@hinshawlaw.com

Harvey M. Sheldon *Admitted Pro Hac Vice*
Hinshaw & Culbertson LLP
One East Broward Blvd., Ste. 1010
Ft. Lauderdale, FL 33301
Telephone: 954-375-1155
hsheldon@hinshawlaw.com

Thomas D. Lupo *Admitted Pro Hac Vice*
Hinshaw & Culbertson LLP
151 North Franklin Street, Ste. 2500
Chicago, IL 60606
Telephone: 312-704-3000
tlupo@hinshawlaw.com

Charles B. Rogers, Reg. No. 130588
Taft Stettinius & Hollister LLP
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612-977-8400
Fax: 612-977-8650
crogers@taftlaw.com

**ATTORNEYS FOR LIMITED INTERVENOR SUPER RADIATOR COILS LP**

*s. William P. Hefner*
William P. Hefner, Reg. No. 258349
The Environmental Law Group
2263 Waters Drive
Mendota Heights, MN 55120
Telephone: 612-623-2362
Fax: 612-378-3737
whefner@envirolawgroup.com