UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, ) | Court File No. 4:80-cv-469 (PAM/KMM) |
| ) | |
| Plaintiff, ) | |
| ) | |
| and ) | |
| ) | |
| State of Minnesota, by its Attorney General ) | **DECLARATION OF** |
| Hubert H. Humphrey, III, its Department of ) | **MELINDA W. HAHN, PHD** |
| Health, and its Pollution Control Agency, ) | |
| ) | |
| Plaintiff- Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| Reilly Tar & Chemical Corporation; ) | |
| Housing and Redevelopment Authority of ) | |
| St. Louis Park; Oak Park Village Associates;) | |
| Rustic Oaks Condominium Inc.; and ) | |
| Phillip's Investment Co., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| City of St. Louis Park, ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| Reilly Tar & Chemical Corporation, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| City of Hopkins, ) | |
| ) | |
| Plaintiff-Intervenor, ) | |

|  |  |
|---|---|
| v. | ) |
|  | ) |
| Reilly Tar & Chemical Corporation, | ) |
|  | ) |
| Defendant, | ) |
|  | ) |
| and | ) |
|  | ) |
| Daikin Applied Americas, Inc. and Super Radiator Coils LP, | ) |
|  |  |
| Prospective-Limited Intervenors. |  |

_____

I, Dr. Melinda W. Hahn, declare and state as follows:

1. I am a Senior Manager with Ramboll Corporation.  Attached as **Exhibit 1** is a true and accurate copy of my Curriculum Vitae.

2. For more than two years I have been identifying and reviewing reports, test results and technical findings of consultants, state and federal agencies relevant to contamination of the ground and groundwater in St. Louis Park, Minnesota, with particular attention to the Reilly Tar CERCLA Site and 6714 Walker Street.

3. Attached as **Exhibit 2** is a true and accurate copy of my expert report dated June 1, 2020, which is based on my own personal knowledge and expertise and cited source material, and for which I declare under penalty of perjury is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 2, 2020

_____
Melinda W. Hahn, PhD.